**Order entered March 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00085-CV

## IN RE DANIEL J. EDELMAN, INC., Relator

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-17-06253-C**

## ORDER

We **GRANT** Real Parties in Interest's February 8, 2021 Motion to Seal the records in this case, in part. We **DIRECT** the Clerk of this Court to seal the records Relator and Real Parties in Interest filed in this case. The seal will remain in effect pending final expiration of the stay.

/s/     DAVID J. SCHENCK
PRESIDING JUSTICE